UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-00937 SPG (ADS)                          Date:  May 1, 2026

Title:  *LayCee Sprouse, et al. v. County of Riverside, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ORDER PERMITTING E-FILING SHOULD NOT BE REVOKED (DKT. NO. 40)**

On March 16, 2026, Plaintiff LayCee Sprouse, proceeding pro se, filed an application for permission for electronic filing.  (Dkt. No. 26.)  The application noted, among other things, that Plaintiff had reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website.  (Id.)  The application warns that "if [Plaintiff's] use of the Court's e-filing system is unsatisfactory, [Plaintiff's] e-filing privileges may be revoked."  (Id.)

On April 21, 2026, Plaintiff filed Notice of Entry of Decision (the "Notice").  (Dkt. No. 56.)  The Court found this Notice to contain a forged signature of District Judge Garnett and struck the Notice in its entirety.  (Dkt. No. 57.)  On April 24, 2026, Plaintiff filed a response, stating that Plaintiff gave a non-party access to their court documents and computer, at which point the non-party accessed the filing system and submitted the Notice of Entry of Decision.  (Dkt. No. 59.)

Plaintiff is **ORDERED TO SHOW CAUSE** by no later than **May 8, 2026** why Plaintiff's e-filing privileges should not be revoked for failure to comply with the Local Rules and the Court's instructions.  Failure to timely or satisfactorily respond shall result in the revocation of Plaintiff's e-filing privileges.

**IT IS SO ORDERED.**

Initials of Clerk kh

---

CV-90 (03/15)—JC                      Civil Minutes – General                      Page 1 of 1