UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:26-00937 SPG (ADS) Date: November 16, 2026

Title: *LayCee Sprouse, et al. v. County of Riverside, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| | |
|---|---|
| Kristee Hopkins | None Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

On November 6, 2026, mail sent to Plaintiff Alan Cadena's address of record was returned to the Court undeliverable. (Dkt. No. 133.) Pro se litigants are required to keep the Court and opposing parties apprised of their current address. L.R. 41-6.

**Plaintiff Cadena is ORDERED TO SHOW CAUSE by no later than November 30, 2026, why this action should not be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.** The filing of a Notice of Change of Address by **November 30, 2026** will discharge this Order to Show Cause.

**Plaintiff Cadena is hereby cautioned that failing to comply with this Order may result in the recommendation that this action be dismissed for failure to prosecute, failure to obey Court orders pursuant to Federal Rule of Civil Procedure 41(b), and failure to comply with the Court's Local Rules.**

**IT IS SO ORDERED.**

Initials of Clerk kh